**Electronically Filed
Supreme Court
SCWC-10-0000069
06-DEC-2011
12:26 PM**

NO. SCWC-10-0000069

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

TOMMY W. BULLARD, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 10-0000069; CASE NO. 1DTA-10-01412)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant Tommy W. Bullard's

application for writ of certiorari, filed on October 25, 2011, is

hereby accepted.

DATED:  Honolulu, Hawaiʻi, December 6, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna



Timothy I. MacMaster
for petitioner/defendant-
appellant on the application